ACCEPTED
15-24-00050-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/12/2025 11:29 AM
CHRISTOPHER A. PRINE
CLERK

**BAKER BOTTS** L.L.P.

401 SOUTH 1ST STREET
SUITE 1300
AUSTIN, TEXAS
78704-1296

TEL +1 512.322.2500
FAX +1 512.322.2501
BakerBotts.com

AUSTIN          NEW YORK
BRUSSELS        PALO ALTO
DALLAS          RIYADH
DUBAI           SAN FRANCISCO
HOUSTON         SINGAPORE
LONDON          WASHINGTON

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/12/2025 11:29:34 AM
CHRISTOPHER A. PRINE
Clerk

Samia R. Broadaway
TEL: 5123222676
FAX: 5123223676
samia.broadaway@bakerbotts.com

March 12, 2025

VIA ELECTRONIC FILING

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re:  Case No. 15-24-00050-CV; *Texas Commission on Environmental Quality and Guadalupe-Blanco River Authority v. National Wildlife Federation*

Dear Mr. Prine:

Please let this letter serve as notice that the undersigned counsel, Samia Broadaway, will argue on behalf of Appellant Guadalupe-Blanco River Authority.

Respectfully submitted,

*/s/ Samia Broadaway*
Samia Broadaway
State Bar No. 24088322
samia.broadaway@bakerbotts.com
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, Texas 78704-1296
T: (512) 322-2500
F: (512) 322-2501
*Counsel for Appellant Guadalupe-Blanco River Authority*

cc: Parties of Record

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michelle  Wyman on behalf of Samia Broadaway
Bar No. 24088322
michelle.wyman@bakerbotts.com
Envelope ID: 98365054
Filing Code Description: Letter
Filing Description: GBRA Notice for Oral Argument
Status as of 3/12/2025 11:37 AM CST

Associated Case Party: Guadalupe-Blanco River Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Macey ReasonerStokes | | macey.stokes@bakerbotts.com | 3/12/2025 11:29:34 AM | SENT |
| Molly Cagle | 3591800 | molly.cagle@bakerbotts.com | 3/12/2025 11:29:34 AM | SENT |
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 3/12/2025 11:29:34 AM | SENT |
| John Ormiston | 24121040 | john.ormiston@bakerbotts.com | 3/12/2025 11:29:34 AM | SENT |

Associated Case Party: National Wildlife Federation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marisa Perales | 24002750 | marisa@txenvirolaw.com | 3/12/2025 11:29:34 AM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katie B.Hobson | | katie.hobson@oag.texas.gov | 3/12/2025 11:29:34 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Courtney | | laura.courtney@oag.texas.gov | 3/12/2025 11:29:34 AM | SENT |
| Mahita Shankar | | mahita@txenvirolaw.com | 3/12/2025 11:29:34 AM | SENT |